UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :

YOUNG S. HAN, and JAI S. JIN,                 :

                        :

              Plaintiffs,          :              25-CV-01503 (JAV)

                        :

       -v-                      :               <u>ORDER</u>

                        :

ANNETT HOLDINGS, INC. and JULIAN A. GRAY,   :

                        :

              Defendants.        :

                        :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 6, 2026, the parties in this action attempted to file a stipulation of voluntary dismissal.  ECF No. 18.  That filing was marked deficient on the docket, however, and the parties were directed to refile on February 9, 2026.  *Id.*  No further action has been taken in this action.

By **April 15, 2026**, the parties are ordered to either refile a stipulation of voluntary dismissal in accordance with the Court's filing instructions or to submit a joint letter setting forth the parties' proposal for next steps in this litigation.  A failure to comply with this Order may result in this case being dismissed for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated:  April 8, 2026               _____
         New York, New York               JEANNETTE A. VARGAS
                                       United States District Judge